# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ADALBERTO LOPEZ,**
Appellant,

v.

**COMMISSION ON HUMAN RELATIONS** and **INSYNC STAFFING INC.,**
Appellees.

No. 4D18-458

[June 14, 2018]

Appeal from the State of Florida, Commission on Human Relations; L.T. Case No. FCHR 18-004.

Adalberto Lopez, Fort Pierce, pro se.

No brief filed for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***